# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE WILLIAMS<br><br>                 Plaintiff,<br><br>v.<br><br>UMC OF SOUTHERN NEVADA;<br>DANIEL D. LEE;<br>*et al*<br><br>                 Defendants. | Case No. 2:19-cv-00497-RFB-VCF<br><br>**<u>ORDER</u>** |

      Before the Court for consideration is the Report and Recommendation of the Honorable Cam Ferenbach, United States Magistrate Judge, entered April 8, 2019. ECF No. 3

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Pursuant to Local Rule IB 3-2(a), objections were due by April 22, 2019. Plaintiff filed an objection on April 19, 2019.

      Judge Ferenbach recommended that the Court dismiss this case for lack of subject-matter jurisdiction, as all parties appear to be citizens of Nevada and there is therefore no basis for

diversity jurisdiction. See 28 U.S.C. §§ 1332 (a court has diversity jurisdiction when no defendant has the same citizenship as any plaintiff and the amount in controversy exceeds $75,000).

Plaintiff, who is pro se, objects to this finding that there is no diversity of citizenship but alleges no facts that would allow the Court to conclude otherwise.

The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that Report and Recommendation (ECF No. 3) is ACCEPTED and ADOPTED in full. The case is dismissed and Plaintiff's Motion/Application for Leave to Proceed in forma pauperis is denied as moot.

**IT IS FURTHER ORDERED** that Defendant Daniel D. Lee's Motion to Dismiss is DENIED as moot.

The Clerk of the Court is instructed to close the case.

DATED: February 20, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**